**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re   FRANCES C. CHAN, | : | Chapter 7 |
| Debtor | : | Bky. No. 06-13521ELF |
| DOROTHY PARK, | : | |
| Plaintiff | : | |
| v. | : | |
| FRANCES C. CHAN, | : | |
| Defendant | : | Adv. No. 06-00623ELF |

# O R D E R

**AND NOW**, following a trial of the above adversary proceeding and for the reasons set forth in the accompanying Memorandum, it is hereby determined that the Debtor's debt to the Plaintiff is **NONDISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(2)(B).

Date:  **December 30, 2008**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

**Counsel**
Edward T. Kang
Attorney for Plaintiff

Dimitri L. Karapelou
Attorney for Debtor